UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEE ECKERT,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No. 8:22-cv-00666-TPB-TGW

AMICA MUTUAL INSURANCE.
COMPANY,

    Defendant.
_____/

## NOTICE OF RESOLUTION

The parties respectfully notify the Court, pursuant to M.D.Fla. Loc. 3.09, that the parties have agreed to settle the above-captioned matter.

MARK H. WRIGHT, PLLC

_____
KEVIN KAPUSTA
Florida Bar No.: 0933856
MARK H. WRIGHT
Florida Bar No.: 867330
MARK H. WRIGHT, PLLC
800 West DeLeon Street
Tampa, Florida 33629
813-425-2020
Attorney for Plaintiff
eservice@markwrightlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this _1st_ day of December, 2022, I certify that the foregoing has been filed with the Middle District of Florida, Tampa Division, and a copies being furnished to:

John N. Cain, Esq.
Nicolas E. Ferriero, Esq.
Kami A. Sidener, Esq.
Mandelbaum, Fitzsimmons, Hewitt & Cain, P.A.
Post Office Box 3373
Tampa, Florida 33601
Primary Serivce Email: jnc@manfitzlaw.com;
Secondary Service Email: nef@manfitzlaw.com, ksidener@manfitzlaw.com, ecu@manfitzlaw.com.

_____
Kevin Kapusta, Esquire